M08-325-SBP

Case 4:08-cr-00325-SBA    Document 1    Filed 05/14/2008    Page 1 of 4

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 922(g)(1) -- Felon in Possession of a Firearm and Ammunition

E-filing

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
10 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
MAY 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S**

▶ JOSEPH ELWOOD KNIGHTEN, JR.

DISTRICT COURT NUMBER
CR08-0325 SBA

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☒ State
6) ☒ Awaiting trial on other charges
    If answer to (6) is "Yes", show name of institution
    North County

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
ALCOHOL, TOBACCO, FIREARM AND EXPLOSIVES

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under _____

Name and Office of Person Furnishing Information on this form     JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    DANIEL KALEBA, AUSA

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

# United States District Court

FOR THE
NORTHERN DISTRICT OF CALIFORNIA

VENUE: OAKLAND

E-filing

CR08-0325 SBA

UNITED STATES OF AMERICA,

V.

JOSEPH ELWOOD KNIGHTEN, JR.,

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm and Ammunition

---

FILED
MAY 1 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

A true bill.

_Laurie K_____
                   Deputy  Foreman

Filed in open court this __14__ day of __May__
__2008__.

_____
                                  Clerk

Bail $ _No bail arrest warrant._
Wayne D. Brazil  5-14-08

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

**FILED**
MAY 1 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSEPH ELWOOD KNIGHTEN, JR., ) <br> ) <br> Defendant. ) | Criminal No.: CR08-0325 SBA <br><br> VIOLATION: 18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm and Ammunition <br><br> OAKLAND VENUE |

### INDICTMENT

The Grand Jury charges:

COUNT ONE:        (18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm and Ammunition)

On or about April 17, 2008, in the Northern District of California, the defendant,

JOSEPH ELWOOD KNIGHTEN, JR.,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, the following firearm and ammunition: (1) a semi-automatic pistol, Smith & Wesson, model SW9VE, 9mm caliber, serial # PDR3613; (2) 5 rounds of 9mm caliber ammunition manufactured by Remington; (3) 4 rounds of 9mm ammunition manufactured by Winchester; and (5) one round of 9mm ammunition manufactured

INDICTMENT

1 | by Speer; all in violation of Title 18, United States Code, Section 922(g)(1).

3 | DATED:     May 14, 2008         A TRUE BILL.

*[signature]* Deputy         *[signature: Lonnie K. S.]* FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

*[signature]*
W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: *[signature]* )
AUSA DANIEL KALEBA

INDICTMENT                                    2