**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
555 12TH STREET, SUITE 650
OAKLAND CALIFORNIA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

May 27, 2008

VIA FACSIMILE (510) 637-3545
Magistrate Judge Wayne D. Brazil
1301 Clay Street, Courtroom No. 4
Oakland, CA 94612
attn: Ivy Garcia

**United States v. Joseph Elwood Knighten, Jr.  CR 08-00325 SBA**
**RE: Request to continue detention hearing from 5/28 to 5/30**

Dear Judge Brazil :

I am writing to ask that the above-referenced matter, which is currently calendared for Wednesday, May 28, 2008, at 10:00 a.m. for detention hearing, be continued to Friday, May 30, 2008, at 10:00 a.m. for detention hearing. The reason for the request is that defense counsel needs additional time to (1) contact the potential sureties and put them in touch with pretrial services, and (2) otherwise prepare for the hearing. In addition, the government and defense counsel are involved in discussions regarding the direction of the case which may impact the detention hearing as well.

United States Pretrial Services Amelia Berthelsen has been notified of the request to put this matter over to Friday, May 30, 2008 and is available on that date. In addition, Assistant United States Attorney Daniel Kaleba is aware of the requested continuance and will be available on May 30, 2008, as well.

Sincerely,

BARRY J. PORTMAN
Federal Public Defender

JOYCE LEAVITT
Assistant Federal Public Defender

cc:    Daniel Kaleba, AUSA
       Amelia Berthelsen, US Pretrial Services