**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8   IN THE UNITED STATES DISTRICT COURT
9   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  USA,                                        No. C 08-00325 SBA
12          Plaintiff,                          **CLERK'S NOTICE**
13      v.
14  JOSEPH ELWOOD KNIGHTEN, JR.
15          Defendant.
16  _____/
17          The Status or Trial Setting set for Tuesday, June 24, 2008, at 9:00 a.m., has been
18  moved to Thursday, June 19, 2008, at 9:00 a.m.
19
20  Dated: 6/11/08                              FOR THE COURT,
21                                              Richard W. Wieking, Clerk
22                                              By: _____
23                                                  LISA R. CLARK
                                                    Courtroom Deputy
24
25  To:
26
27
28