1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4  CHRISTINE Y. WONG (NYSBN 3988607)
   Assistant United States Attorney
5
      1301 Clay Street; Suite 340-S
6     Oakland, California 94612
      Phone: 510/637-3717
7     Fax: 510/637-3724
      E-mail:christine.wong@usdoj.gov
8
9  Attorneys for Plaintiff

10                UNITED STATES DISTRICT COURT
11                NORTHERN DISTRICT OF CALIFORNIA
12                      OAKLAND DIVISION

13 UNITED STATES OF AMERICA,       )   No.  CR 08-0325 SBA
                                   )
14       Plaintiff,                )
                                   )   NOTICE OF SUBSTITUTION OF
15    v.                           )   ATTORNEY
                                   )
16 JOSEPH E. KNIGHTEN, JR.         )
                                   )
17       Defendant.                )
                                   )
18

19     Please take notice that as of June 20, 2008, the Assistant United States Attorney
20 whose name, address, telephone number and e-mail address listed below is assigned to be
21 counsel for the government.

22                      CHRISTINE Y. WONG
                    Assistant United States Attorney
23                   1301 Clay Street; Suite 340S
                      Oakland, California 94612
24                      Phone: 510/637-3717
                         Fax: 510/637-3724
25              E-mail: christine.wong@usdoj.gov

26     The Clerk is requested to change the docket sheet and other court records so as to
27 reflect that all orders and communications from the court will in the future be directed to
28 ////


SUBSTITUTION OF ATTORNEY

1  AUSA Christine Wong at the above mailing address, telephone number, facsimile number
2  and e-mail address.
3
4
   DATED: June 20, 2008                Respectfully submitted,
5
                                       JOSEPH P. RUSSONIELLO
6                                      United States Attorney
7
8                                              /s/
                                       CHRISTINE Y. WONG
9                                      Assistant United States Attorney
10

SUBSTITUTION OF ATTORNEY