**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 6/19/08

CR 08-00325SBA                                    JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**KNIGHTEN**                                              Present (x)  Not Present ( )  In Custody (x)
     **DEFENDANT(S)**

<u>KESLIE STEWART</u>                                    <u>  JOYCE LEAVITT  </u>
U.S. ATTORNEY                                         ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark                      <u>  STARR WILSON  </u>
                                                                       Court Reporter

Interpreter                                                  Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:**   <u>STATUS - HELD</u>

**RESULT OF HEARING:**   <u>COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL UNTIL 7/8/08</u>

**JUDGMENT:**

**PROCEEDINGS**

Case Continued to <u>  7/8/08  </u> for <u>Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing</u> @ 9:00 a.m.
Case Continued to _____ @ 9:00 a.m. for _____ Motions
Brief Sched. Motion papers by _____ Opposition by _____ Reply by _____
Case Continued to _____ for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due _____ Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due _____
Case Continued to _____ for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.
Case Continued to _____ for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
Case Continued to _____ for Change of Plea @ 11:00 a.m.
cc: