BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant KNIGHTEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) No. CR 08-0325 SBA |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| v. | ) ORDER CONTINUING STATUS |
| | ) DATE AND EXCLUSION OF TIME |
| | ) |
| JOSEPH KNIGHTEN, | ) |
| | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date in this case, currently scheduled for Tuesday, July 8, 2008, at 9:00 a.m. before Honorable Judge Saundra Brown Armstrong, may be continued to Tuesday, July 22, 2008, at 9:00 a.m. for status. The current status is that defense counsel has obtained discovery as well as a draft proposed plea agreement under Fed. R. Crim. P. 11(c)(1)(C). Defense counsel is still investigating the case to determine whether there are any motions to be brought or whether the case should be disposed of by trial or change of plea. An investigator has been assigned to the case and there is still additional

*United States v. Knighten*, CR 08-0325 SBA;
STIP. CONT. STATUS DATE                - 1 -

work to be done.  The parties anticipate that if the Court continues the case to July 22, 2008, the defense should have completed enough investigation and discussed it with Mr. Knighten to better inform the Court as to how to proceed.  The parties therefore stipulate that the time from July 8, 2008, to July 22, 2008, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel so that defense counsel can complete its investigation and be prepared to proceed by the next Court appearance.

DATED: 7/1/08  
/S/  
_____  
JOYCE LEAVITT  
Assistant Federal Public Defender

DATED: 7/1/08  
/S/  
_____  
CHRISTINE WONG  
Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date in this case, currently scheduled for Tuesday, July 8, 2008, at 9:00 a.m. before Honorable Judge Saundra Brown Armstrong, is hereby continued to Tuesday, July 22, 2008, at 9:00 a.m. for status.

IT IS FURTHER ORDERED that the time from July 8, 2008, to July 22, 2008, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel so that defense counsel can complete its investigation and meet with Mr. Knighten in order to determine whether motions should be filed in this case or whether the case should be disposed of by trial or change of plea.  The Court finds that the ends of

justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: 7/3/08

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

*United States v. Knighten*, CR 08-0325 SBA;
STIP. CONT. STATUS DATE                   - 3 -