UNITED STATES DISRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASE NUMBER | CR-08-00325 SBA |
| DEFENDANT'S NAME | JOSEPH ELWOOD KNIGHTEN, JR. |
| DEFENDANT'S COUNSEL | JOYCE LEAVITT |
| DUE DATE | 10/7/08 @ 10:00 A.M. |

----------------------------------NOTICE TO DEFENSE COUNSEL-------------------------------------

The Court has directed that a:

| | |
|---|---|
| X | Pre-Plea Presentence Investigation |
| | Presentence Investigation |
| | Bail supervision |
| | Postsentence Investigation |
| | 4244 |

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the ***Probation Office, Room 220S, 2nd Floor*** before leaving the Courthouse today to make the necessary arrangements.

RICHARD W. WIEKING, CLERK

by: *Lisa R. Clark*
Lisa R. Clark, Deputy Clerk
Dated: 7/22/08

U.S. Probation Office~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Is Defendant in custody ?  yes or no
Is Defendant English speaking? yes or no [*Interpreter:*_____]
Defendant's address: _____

_____

_____

Case 4:08-cr-00325-SBA     Document 11     Filed 07/22/2008     Page 2 of 2