**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 7/22/08

CR 08-00325SBA                              JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**KNIGHTEN**                                 Present (X) Not Present ( ) In Custody (X)
   **DEFENDANT(S)**

<u>CHRISTEN WONG</u>                          <u>JOYCE LEAVITT</u>
U.S. ATTORNEY                                ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark                  <u>STARR WILSON</u>
                                             Court Reporter

Interpreter                                  Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:   STATUS - HELD**

**RESULT OF HEARING:   COURT FINDS EXCLUDABLE TIME BASED ON THE COURT TAKING UNDER SUBMISSION THE PLEA AGREEMENT UNTIL 10/7/08**

**JUDGMENT:**

**PROCEEDINGS**

Case Continued to _____ for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
Case Continued to _____ @ 9:00 a.m. for _____ Motions
Brief Sched. Motion papers by _____ Opposition by _____ Reply by _____
Case Continued to _____ for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due _____ Motions in limine/objections to evidence due _____
Responses to motions in limine and/or responses to objections to evidence due _____
Case Continued to _____ for Trial(Court/Jury: ___ Days/weeks) at 8:30 a.m.
Case Continued to   **10/7/08**   for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
Case Continued to   **10/7/08**   for Change of Plea @ 10:00 a.m.
cc: