BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant KNIGHTEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR 08-00325 SBA |
| Plaintiff, ) | |
| ) | STIPULATION AND |
| v. ) | ORDER CONTINUING STATUS OR |
| ) | CHANGE OF PLEA DATE AND |
| ) | EXCLUSION OF TIME |
| JOSEPH ELWOOD KNIGHTEN, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status or change of plea date in this case, currently scheduled for Tuesday, October 21, 2008, at 10:00 a.m., may be continued to Tuesday, November 18, 2008, at 10:00 a.m. for change of plea and sentencing. The case was initially set for October 7, 2008, for change of plea and sentencing based upon a plea agreement which was entered into under Fed. R. Crim. P. 11(c)(1)(C). At the hearing, the Court rejected the plea agreement. Defense counsel is now conducting additional investigation, including viewing the drugs and packaging in this case and obtaining additional records to address some of the

*U S v. Knighten*, CR 08-00325 SBA
Stip. Continuing Court Date                    - 1 -

issues raised by the probation officer and relied upon by the Court in rejecting the agreement. Counsel is also gathering letters and other information to support the agreed-upon sentence based upon the factors enumerated in USSG §3553.  Defense counsel anticipates that if the Court still believes that the enhancement should apply after reviewing counsel's additional submission, then Mr. Knighten will plead guilty without an agreement.  However, counsel needs additional time to obtain documents and other information prior to filing a supplemental sentencing memorandum.

The parties stipulate that the time from October 21, 2008, to November 18, 2008, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel to allow counsel to view the drug evidence in this case and obtain additional information in support of the change of plea and sentencing.

DATED: October 15, 2008                           /s/
                                                  _____
                                                  JOYCE LEAVITT
                                                  Assistant Federal Public Defender

DATED:  October 15, 2008                          /s/
                                                  _____
                                                  CHRISTINE WONG
                                                  Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature "/s/" within this e-filed document.

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status or change of plea date in this case, currently scheduled for Tuesday, October 21, 2008, at 10:00 a.m., is hereby continued to Tuesday, November 18, 2008, at 10:00 a.m. for change of plea and sentencing.

IT IS FURTHER ORDERED that the time from October 21, 2008, to November 18, 2008, is hereby excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel to allow counsel to view the drug evidence in this case and obtain additional information and continue the investigation in support of the change of plea and sentencing. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED:10/16/08                                 _____
                                                                HON. SAUNDRA BROWN ARMSTRONG
                                                                United States District Judge

*U S v. Knighten*, CR 08-00325 SBA
Stip. Continuing Court Date                              - 3 -